Slip Op. 07-48

UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------x
AMERICAN SIGNATURE, INC.,      :
                               :
              Plaintiff,       :
                               :    Before: Pogue, Judge
         v.                    :    Court No. 06-00252
                               :
UNITED STATES,                 :
                               :
              Defendant,       :
                               :
AMERICAN FURNITURE MFRS.       :
COMM. FOR LEGAL TRADE          :
                               :
              Defendant-       :
                Intervenors.   :
                               :
------------------------------x
```

**ORDER**

Upon consideration of Plaintiff's Motion for an Order to Show Cause and Partial Consent Motion for Injunction Pending Appeal, Plaintiff's Notice of Appeal and all other pertinent papers, and after due deliberation, it is hereby

**ORDERED** that the Preliminary Injunction dated August 7, 2006 is restored.

            /s/ Donald C. Pogue
            Donald C. Pogue, Judge


Dated:    March 28, 2007
          New York, New York